# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                         Reply to Northern Division Address

March 28, 2003

Stephen M. Calder, Esquire
Palmer, Biezup and Henderson
620 Chestnut Street
956 Public Ledger Building
Philadelphia, Pennsylvania 19106

                           Re:      Citizens National v. M/Y Raven, O.N., et al.
                                        WDQ 02-3177

Dear Counsel/Parties:

      This case has been **reassigned** to the judge noted below. Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case. **It is important that you use this case number on all subsequent papers.** Any papers which fail to carry the correct case number may be returned to the sender.

      All papers should be filed in the Clerk's Office, Room 4415. Please contact the staff members listed below regarding any problems or questions.

                REASSIGNED TO JUDGE:  William D. Quarles, Jr.
                COURTROOM DEPUTY:    Vinnie Butler
                DOCKETING CLERK:       M. M. Starr

                                                Sincerely,

                                              Felicia C. Cannon, Clerk

                                 By: /s/
                                      Deputy Clerk

cc:    Judges Smalkin and Quarles
        Courtroom Deputy Clerks
        File
        Civil Report

U.S. District Court (5/2001) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov