# PALMER BIEZUP & HENDERSON LLP

COUNSELORS AT LAW

NEW JERSEY
200 NORTH FIFTH STREET
CAMDEN, NEW JERSEY 08102-1204
856 428 7717
FAX: 856 338 1008

STEPHEN M. CALDER
PARTNER
scalder@pbh.com
DIRECT DIAL: 215-625-7805

956 PUBLIC LEDGER BUILDING
INDEPENDENCE MALL WEST
620 CHESTNUT STREET
PHILADELPHIA, PENNSYLVANIA 19106-3409

215 625 9900
FAX: 215 625 0185
pbh1@pbh.com

NEW YORK
40 BROADWAY, 46TH FLOOR PMB 46030
NEW YORK, NEW YORK 10005
212 406 1855
FAX: 212 858 7651

DELAWARE
1223 FOULK ROAD
WILMINGTON, DELAWARE 19803
302 594 0895
FAX: 302 478 7625

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 AUG -1  A 10: 24

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

May 23, 2003

By Federal Express To:
Clerk's Office
U.S.D.C., District of Maryland
101 Lombard Street
Room 4415
Baltimore, Maryland 21201

Re: *The Citizens Bank v. M/Y RAVEN*
U.S.D.C., District of Maryland
Civil Action No.: 02-cv-3177
Our file no. 1432-001

Dear Sir:

Please enter the default of the defendant James H. Garges upon the record. Enclosed for filing is Plaintiff's Affidavit in Support of Request for Entry of Default. Please return a time stamped copy of the cover page to us in the enclosed self-addressed stamped envelope. Thank you for your help.

Very truly yours,

PALMER BIEZUP & HENDERSON LLP

By: _____
Stephen M. Calder

Enclosure

PBH: 159973.1

**PALMER BIEZUP & HENDERSON LLP**
By: Stephen M. Calder
Maryland Attorney ID No.: 05660
620 Chestnut Street, Suite 956
Philadelphia, PA 19106
(215) 625-9900

Attorneys for plaintiff

```
              FILED
        U.S. DISTRICT COURT
        DISTRICT OF MARYLAND

        2003 AUG -  A 10: 24

           CLERK'S OFFICE
           AT BALTIMORE

        BY_____DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------------X

CITIZENS NATIONAL BANK
517 MAIN STREET
LAUREL, MARYLAND,

        Plaintiff,

v.

M/Y RAVEN, O.N. 1097143, its engines,
tackle, apparel, freights, etc.

        Defendant in rem,

and

JAMES H. GARGES
2198 CHESAPEAKE HARBOUR DR
ANNAPOLIS, MARYLAND

        Defendant in personam,

---------------------------------X

CIVIL ACTION NO.: 02-cv-3177 (WDQ)

IN ADMIRALTY

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF**
**REQUEST FOR ENTRY OF DEFAULT/DEFAULT JUDGMENT**

Stephen M. Calder, being duly sworn, deposes and says

1.    I am a partner in the firm of Palmer Biezup & Henderson, LLP.

PBH: 159968.1

2. Citizens National Bank ("Bank") is represented in this matter by its attorneys, Palmer Biezup & Henderson, LLP.

3. On September 30, 2002, plaintiff commenced this action against defendant James H. Garges to, among other things, recover any deficiency which may result from the foreclosure upon a preferred maritime mortgage held by plaintiff in defendant's yacht, the M/Y RAVEN, pursuant to the Ship Mortgage Act, 46 U.S.C. § 31301, et seq.

4. Plaintiff is the mortgagee under a preferred maritime mortgage on the M/Y RAVEN and obtained foreclosure of the mortgage as the result of the defendant's default previously in this case.

5. Despite the foreclosure and sale of the vessel there is presently an unpaid deficiency balance due to plaintiff owed by defendant James H. Garges, the titled owner of the vessel, mortgagor, and maker under the associated promissory note and loan documents.

6. This court has personal jurisdiction over the defendant James H. Garges by virtue of personal service. As is set out in the return of service of the summons that has been filed of record, the summons was personally served on defendant James H. Garges in the district on March 14, 2003.

7. The twenty (20) day period within which to answer or move as respects the Complaint for defendant James H. Garges expired on April 3, 2003.

8. To this date, defendant James H. Garges has not appeared, no answer to the complaint has been filed and defendant has not requested or obtained an extension of time within which to answer. As of this date, no motion to dismiss or motion for summary judgment has been filed by or on behalf of defendant James H. Garges.

PBH: 159968.1

9.  The requirements of Rule 55(a) of the Federal Rules of Civil Procedure having been met, the Clerk is respectfully requested to Enter Default against the defendant James H. Garges for want of answer or other defense.

10. Defendant James H. Garges is not an infant, is not incompetent and is not in the military.

The total deficiency due and owing to plaintiff is no less than $156,494.92. This total amount due and owing is comprised of $374,382.63 in principal as of September 24, 2002 plus interest of $6,029.80 and attorneys fees of $76,082.49 (as per security agreement, 20% of total indebtedness) less $300,000.00 received from the judicial sale of the vessel.

12. The undersigned is a partner in the law firm of Palmer Biezup & Henderson, LLP, attorneys for plaintiff and certifies under penalty of perjury that the factual averments of the foregoing pleading are true and correct. Executed this 23rd day of May, 2003

PALMER BIEZUP & HENDERSON, LLP

By: _____
Stephen M. Calder
Attorneys for Plaintiff
Citizens National Bank

620 Chestnut Street, Suite 956
Philadelphia, PA 19106
Telephone 215-625-9900
Facsimile: 215-625-0185

PBH: 159968.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Affidavit in Support of Request for Entry of Default was served via first-class mail, postage pre-paid, on the below-listed counsel and unrepresented parties.

Robert L. Flynn, III, Esquire
200-A Monroe Street
First Floor
Rockville, Maryland 20850
COUNSEL FOR DEFENDANT, JAMES H. GARGES

James H. Garges
2198 Chesapeake Harbour Drive
Annapolis, Maryland 21403-3592

James H. Garges
P.O. Box 3514
Annapolis, Maryland 21403-3514

_____
Stephen M. Calder

Dated: May 23, 2003

PBH: 159968.1

1