## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CITIZENS NATIONAL BANK
            **Plaintiff**                            *

            v.                                        *        Civil No.  WDQ-02-3177

JAMES H. GARGES                                       *
            **Defendant**

                              ******

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of Stephen M. Calder, Esq. that the summons

and Complaint were properly served upon the above named Defendant on March 14, 2003, and that

the time for said Defendant to plead or otherwise defend expired on April 2, 2003, and that said

Defendant has failed to plead or otherwise defend as directed in said summons and as provided by

the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of

Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered

this ___4th___ day of August, 2003.

                                        FELICIA C. CANNON, CLERK


                              By        ___/s/_____

                                        Deputy Clerk
                                        R. Lawson


U.S. District Court (Rev. 1/2000) - Order of Default