IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 AUG -5 P 2: 34

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

**CITIZENS NATIONAL BANK**
    Plaintiff(s)

v.

**JAMES H. GARGES**
    Defendant(s)

Case No. WDQ-02-3177

## JUDGMENT BY DEFAULT PURSUANT TO RULE 55 OF THE FEDERAL RULES OF CIVIL PROCEDURE

It appearing from the records in the above-entitled action that an Order of Default for want of answer or other defense was made on 8/4/03, as to Defendant JAMES H. GARGES for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendant was properly served on March 14, 2003; The total deficiency due and owing to plaintiff is no less than $156,494.92. This total amount due and owing is comprised of $374,382.63 in principal as of September 24, 2002 plus interest of $6,029.80 and attorney fees of $76,082.49 (as per security agreement, 20 % of total indebtedness) less $300,000.00 received from the judicial sale of the vessel, therefore, it is this 5th day of August, 2003, by the United States District Court for the District of Maryland,

**ORDERED and ADJUDGED**, that Judgment by Default be and the same hereby is entered in favor of Plaintiff against Defendant JAMES H. GARGES for the sum of $156,494.92.

_____
William D. Quarles, Jr.,
U.S. District Judge